**Opinion issued October 14, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00620-CV

_____

## IN RE GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, Garrison Property and Casualty Insurance Company and Brooklyn King, filed a petition for writ of mandamus challenging the trial court's denial of a motion to sever and abate extracontractual claims.[1] Relators subsequently filed a motion with our Court requesting voluntary dismissal of this original proceeding on

---

[1] The underlying case is *Jeffrey Moisant v. Geico County Mutual Insurance Company and Brooklyn King*, cause number 2025-04279, pending in the 151st District Court of Harris County, Texas, the Honorable Erica R. Hughes presiding.

petition for writ of mandamus, averring that the parties have reach a settlement. More than ten days have passed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a)(2). Accordingly, we grant the motion and dismiss this original proceeding. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.